## Kusner Adoption Case.

Argued May 1, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

reargument refused June 21, 1962.

*David B. Kusner,* in propria persona, for appellants.

No argument was made nor brief submitted for appellee.

*Dr. Harry G. Gianakon,* executive director of Child Study Center of Philadelphia, filed a brief as amicus curiae.

OPINION PER CURIAM, May 21, 1962:

Louis and Esther Kusner, the grandparents, and David B. Kusner, the father of Robert B. Kusner, aged

25 months, appeal from an Order of the Orphans' Court of Montgomery County which dismissed a petition for the adoption of Robert B. Kusner by the grandparents of the 25-month old boy.* We have considered the record and find no abuse of discretion or error of law.

Order affirmed; costs to be paid by appellant, David B. Kusner.

* Cf. *Kusner v. Kusner*, 196 Pa. Superior Ct. 513, 175 A. 2d 889.